ACCEPTED
15-25-00051-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/20/2025 3:53 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00051-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/20/2025 3:53:28 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE COURT OF APPEALS** |
| **J.L.H., A CHILD** | § | |
| | § | |
| **MARIBEL L. HILL,** | § | |
| **RESPONDENT/APPELLANT** | § | |
| | § | |
| **VS.** | § | **15TH JUDICIAL DISTRICT** |
| | § | |
| **DWIGHT L. HILL,** | § | |
| **PETITIONER/APPELLEE** | § | **AUSTIN, TEXAS, TRAVIS COUNTY** |

## APPELLANT'S AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH JUDICIAL DISTRICT COURT OF APPEALS IN AND FOR THE STATE OF TEXAS:**

COMES NOW, Appellant/Respondent, Maribel Hill, by and through her appellate counsel of record, Marisol Lopez, and moves this Court for an extension of time to file Appellant's Reply Brief in this cause. *See Tex. R. App. P 10.5(b).* In support thereof, Appellant would show this Honorable Court the following:

1) Appellee filed his Reply brief of November 6, 2025;

2) Wednesday, November 26, 2025, is Appellant's current deadline for filing Appellant's Reply brief;

3) Appellant's attorney has been out sick and is still currently sick;

4) Next week is Thanksgiving so Appellant's attorney will only have half a week to work, provided Appellant's attorney is well enough by then to go in, and will need to try to catch up on what all has transpired with cases while being out to make sure deadlines are not missed on cases;

1

5) Appellant is requesting a three week extension, making Appellant's reply brief due December 17, 2025.

6) No extension has been granted previously for Appellant's Reply Brief;

7) For these reasons, Appellant is requesting the deadline to file her reply brief be extended to December 17, 2025.

8) Appellee's counsel, Richard Orsinger, graciously agreed to the extension.

9) WHEREFORE, PREMISES CONSIDERED, counsel respectfully request this Court hereby:

- Grant this Motion in all its particulars;

- Request that Appellant's Reply brief be due on December 17, 2025;

- Grant to the parties whatever and further relief, either in law or in equity, to which this Court deems them fit to receive.

_/s/ Marisol Lopez_
MARISOL LOPEZ LAW FIRM
Marisol Lopez
State Bar No 24050952
301 W Avenue D
Garland, TX 75040
972-205-1110 office
1-866-232-2077 facsimile
marisol@lawyerforu.com

**CERTIFICATE OF SERVICE**

Counsel for Movant/Appellant certifies that a true copy of this Notice has been forwarded in accordance with TRAP 9.5 this _20th_ day of November, 2025 to Petitioner Dwight Hill's lead attorney:

EPSTEIN FAMILY LAW, P.C.

Robert D. Epstein
State Bar No. 24065206
robert@epsteinpc.com
5949 Sherry Lane, Suite 1070
Dallas, TX 75225
Tel: (972) 232-7673

And

ORSINGER, NELSON, DOWNING & ANDERSON, LLP
Richard R. Orsinger
State Bar NO. 15322500
425 Soledad, Suite 550
San Antonio, Texas 78205
210-225-5567
richard@ondafamilylaw.com


                                      */s/ Marisol Lopez*
                                         Marisol Lopez
                                      *Attorney for Maribel Hill*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Marisol Lopez on behalf of Marisol Lopez
Bar No. 24050952
marisol@lawyerforu.com
Envelope ID: 108301132
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Reply Brief
Status as of 11/20/2025 3:58 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Epstein | 24065206 | robert@epsteinpc.com | 11/20/2025 3:53:28 PM | SENT |
| Richard Osinger | | richard@ondafamilylaw.com | 11/20/2025 3:53:28 PM | SENT |
| Marisol Lopez | | marisol@lawyerforu.com | 11/20/2025 3:53:28 PM | SENT |

Associated Case Party: Dwight L.Hill

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Diane Wiles | | Diane@ondafamilylaw.com | 11/20/2025 3:53:28 PM | SENT |